JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Arzate,<br><br>          Plaintiff,<br><br>     vs.<br><br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br><br>          Defendant. | Case No.  1:25-cv-00960-KES-GSA (SS)<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 64-day extension of time, from January 15, 2026 to March 20, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of January 5, 2026 and January 12, 2026, Plaintiff's Counsel has thirty briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 6, 2026    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: January 6, 2026    ERIC GRANT
    United States Attorney
    MATHEW W. PILE
    Head of Program Litigation 1
    Law & Policy
    Social Security Administration

By:  *\*/s/ Oscar Gonzalez de Llano*
    Oscar Gonzalez de Llano
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on January 6, 2026)

## ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

   Dated: __January 7, 2026__                __/s/ Gary S. Austin__
                                                                        UNITED STATES MAGISTRATE JUDGE