UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jesus Arzate,

               Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

             Defendant.

No.  1:25-cv-00960-KES-GSA

ORDER GRANTING BRIEFING EXTENSION

As stipulated, it is **ORDERED** that Plaintiff's Reply deadline is extended to and including May 29, 2026.

IT IS SO ORDERED.

Dated:   **April 16, 2026**              **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE